# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3626

_____

EARL JAMES RAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

July 17, 2018

PER CURIAM.

AFFIRMED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Earl James Ray, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore,
Assistant Attorney General, Tallahassee, for Appellee.